**Order entered November 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01002-CV

**VALPAK DIRECT MARKETING SYSTEMS, INC., Appellant**

**V.**

**COLONIAL SAVINGS, F.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03570-2018**

## ORDER

Before the Court is appellant's November 19, 2018 unopposed motion to supplement its brief. Appellant explains in its motion that, at a status hearing on October 15, 2018, the trial court made a ruling that moots the arguments made in sections IV, V, VI, and VII of its original brief. We **GRANT** the motion to the extent that we **ORDER** appellant to file an amended brief by **November 30, 2018**.

Also before the Court is appellee's November 16, 2018 unopposed second motion for an extension of time to file a brief. In light of the fact that appellant will file an amended brief, we **GRANT** the motion and extend the time to **December 20, 2018**.

/s/     ADA BROWN
JUSTICE